**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:05cr23-01/RV

KENYATTA DISHON ROYSTER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   April 23, 2008
Motion/Pleadings:   Motion for Release of Pre-Sentencing Report
Filed by   Defendant       on 4/18/2008       Doc.#   64
RESPONSES:

                                              on                 Doc.#
                                              on                 Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                           s/Jerry Marbut
LC (1 OR 2)                              Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  23rd   day of  April           , 2008, that:*
*(a) The relief requested is GRANTED.*
*(b) Only to the requesting attorney.*

                                         /s/ *Roger Vinson*
                                          *ROGER VINSON*
                               *Senior United States District Judge*