# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:05cr23/RV

KENYATTA DISHON ROYSTER

**REFERRAL AND ORDER**

Referred to Judge Vinson on  06/26/2008

Type of Motion/Pleading MOTION FOR REDUCTION OF SENTENCE BASED ON RETROACTIVE GUIDELINE AMENDMENT [PURSUANT TO 18 USC 3582]

Filed by: Defendant     on 6/5/08     Doc. No. 66

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

Government     on 6/25/08     Doc. No. 67

_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *V. Harmon*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  17th  day of  June , 2009, that:

(a) The requested relief is DENIED.

(b) At sentencing, the defendant was held accountable for 4.57 kg of cocaine base and 1.32 kg of cocaine powder. Since the offense involved 4.5 kg or more of cocaine base, the base offense level remains unchanged at 38 and Amendment 706 is inapplicable.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Document No.